| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
|---|---|---|
| | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| v. | * | Misc. Docket AG No. 56 |
| JAMES D. WORTHINGTON II | * | September Term, 2021 |

# O R D E R

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, James D. Worthington II, to suspend the Respondent from the practice of law in Maryland for 60 days, stayed in favor of six months of probation with terms, it is this 27th day of January, 2022

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, James D. Worthington II, be suspended for 60 days from the practice of law in the State of Maryland; and it is further

**ORDERED**, that, the suspension be, and hereby is, STAYED in favor of six months of probation with the terms contained in the Probation Agreement.

/s/ Joseph M. Getty
Chief Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk